## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| David A. Fleming, | ) | C/A No. 0:18-2946-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| The State of South Carolina, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, David A. Fleming, a *pro se* state pretrial detainee, filed this civil rights action. By orders dated November 29, 2018, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process, and to correct the deficiencies that would subject his case to summary dismissal. (ECF Nos. 4 & 5.) However, Plaintiff did not receive the orders, as they were returned to the court as undeliverable mail and stamped "Not Deliverable as Addressed." (ECF No. 7-1 at 1.) Plaintiff has not provided the court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the court since filing the Complaint. Accordingly, the case is dismissed, without prejudice, for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

 *s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

March 20, 2019
Columbia, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.