# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| David A. Fleming, | ) | |
|---|---|---|
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No.    0:18-cv-02946-TLW-PJG |
| | ) | |
| | ) | |
| The State of South Carolina, | ) | |
| *Defendant.* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, David A. Fleming, shall take nothing of the defendant, The State of South Carolina, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge, presiding, dismissing the case without prejudice.

Date:   March 20, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/B. Goodman

*Signature of Clerk or Deputy Clerk*